# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KNIGHT FIRST AMENDMENT INSTITUTE AT COLUMBIA UNIVERSITY; MEGAN ACKERMAN; ELLEN BRODSKY; DARRAGH BURGESS; DONALD MOYNIHAN; and ELIZABETH WEST    Plaintiff,<br><br>-v-<br><br>DONALD J. TRUMP, President of the United States; and DANIEL SCAVINO, Assistant to the President and Deputy Chief of Staff for Communications    Defendant. | Case No._____<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Knight First Amendment Institute at Columbia University (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

The Knight First Amendment Institute has no parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public. The Knight Institute is a non-profit, non-partisan organization governed by a nine-member board of directors, five of whom are associated with Columbia University.

**Date:** July 31, 2020

_____
**Signature of Attorney**

**Attorney Bar Code:** KF-2535