UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

KNIGHT FIRST AMENDMENT INSTITUTE AT
COLUMBIA UNIVERSITY, *et al.*,

        Plaintiffs,                           Case No. 1:20-cv-05958-PAE

        v.                                  **AFFIDAVIT OF SERVICE**

DONALD J. TRUMP, *et al.*,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                                  ) :ss
COUNTY OF NEW YORK  )

     I, Bejon Taylor Sapp, being over the age of eighteen (18) years, being duly sworn, state on oath that on August 3, 2020, I caused copies of the Summons, Complaint, Civil Cover Sheet, Statement of Relatedness, and Rule 7.1 Corporate Disclosure Statement to be served upon the following via USPS, certified mail:

                        **United States Attorney's Office**
                        **Southern District of New York**
                        **Attn: Civil-Process Clerk**
                        **1 St. Andrew's Plaza**
                        **New York, NY 10007**

                        **The Honorable William Barr**
                        **Office of the Attorney General**
                        **U.S. Department of Justice**
                        **950 Pennsylvania Avenue, NW**
                        **Washington, DC 20530-0001**

Sworn to before me this

21st day of August, 2020

                                                                  Bejon Taylor Sapp

_____
Notary Public
NAEEM A. CONWAY
Notary Public, State of New York
No. 01CO6110667
Qualified in New York County
Commission Expires June 01, 2020
Commission Extended to September 6, 2020 by NY Executive Order