

**U.S. Department of Justice**
*Civil Division*
*Federal Programs Branch*

November 9, 2020

**Via CM/ECF**
The Honorable Paul A. Engelmayer
U.S. District Judge
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

    Re:    *Knight First Amendment Institute at Columbia University, et al. v. Trump, et al.*, No. 1:20-cv-5958-PAE (S.D.N.Y.)

Dear Judge Engelmayer:

    Defendants write to request—with Plaintiffs' consent—an extension of their time to respond to Plaintiffs' complaint. Defendants previously requested, with Plaintiffs' consent, two extensions of this deadline, ECF Nos. 17, 19, and the Court granted those requests, ECF Nos. 18, 20. In light of the pending petition for certiorari in this case's predecessor, *Knight First Amendment Inst. at Columbia Univ. v. Trump*, 928 F.3d 226 (2d Cir. 2019), Defendants respectfully request (with Plaintiffs' consent) that Defendants respond to Plaintiffs' complaint within 14 days of the Supreme Court's decision on that certiorari petition.

11/10/20

Granted. SO ORDERED.

*/s/ Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
11/10/2020